HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GARY LEE PASSMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:15-cr-00288 LJO-SKO |
|---|---|---|
| *Plaintiff*, | ) ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| vs. | ) ) ) ) ) ) ) | DATE:   January 19, 2016 TIME:    1:00 PM |
| GARY LEE PASSMORE, | | JUDGE:  Hon. Sheila K. Oberto |
| *Defendant*. | ) | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, GARY LEE PASSMORE, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Passmore resides near Tacoma, Washington and he wishes to limit the hardship of such travel.

///

///

DATED: November 10, 2015    /s/ Gary Lee Passmore
GARY LEE PASSMORE

DATED: November 10, 2015    /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for GARY LEE PASSMORE

# O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all proceedings for which such waiver is permitted under Fed. R. Crim. P. 43 until further order of the court.

IT IS SO ORDERED.

Dated:   **November 13, 2015**              /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE