1  PHILLIP A. TALBERT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:15-CR-00288 LJO-SKO

12                       Plaintiff,        MOTION TO UNSEAL GOVERNMENT'S EX
                                           PARTE TO INITIATE PROCEEDINGS FOR
13              v.                         REVOCATION OF RELEASE ORDER (DOCKET
                                           NO. 250) AND ORDER THEREON
14  GARY PASSMORE,

15                       Defendant.
                                           COURT: Hon. Lawrence J. O'Neill
16

17       The UNITED STATES OF AMERICA, by and through PHILLIP A. TALBERT, United States

18  Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby moves to unseal

19  Docket Numbers 250 and 251, entitled Government's Ex Parte Motion to Initiate Proceedings for

20  Revocation of Release Order and For Issuance of Warrant and the Court's Order thereon. These

21  documents were previously ordered sealed pending the defendant's arrest. The defendant has been

22  arrested in the Western District of Washington and there is no further need for them to be sealed. In

23  fact, the documents are needed for the defendant's initial appearance on this date.

24  Section 3148(b).

25  ///

26  ///

27  ///

28  ///

MOTION TO UNSEAL GOVERNMENT'S EX PARTE TO
INITIATE PROCEEDINGS FOR REVOCATION OF          1
RELEASE ORDER (DOCKET NO. 250

For the foregoing reasons, the Government requests that the Court unseal the Government's Ex Parte Motion to Initiate Proceedings for Revocation of the Release Order as to the defendant and the Court's Order thereon.

Dated: July 6, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ _Kathleen Servatius_

KATHLEEN A. SERVATIUS
Assistant United States Attorney

## **ORDER**

IS HEREBY ORDERED that Docket Number 250 - Government's Ex Parte Motion to Initiate Proceedings for Revocation of Release Order – be unsealed.

IT IS SO ORDERED.

Dated: **July 6, 2017**

/s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE