| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Counsel for Defendant
GARY LEE PASSMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:15-cr-00288 LJO-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| | ) **SENTENCING HEARING; ORDER** |
| vs. | ) |
| GARY LEE PASSMORE, | ) |
| | ) DATE: May 21, 2018 |
| | ) TIME: 8:30 a.m. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Kathleen A. Servatius, counsel for plaintiff, and Assistant Federal Defender, Victor M. Chavez, counsel for defendant Gary Lee Passmore, that the sentencing hearing now set for April 16, 2018 **be continued to May 21, 2018, at 8:30 a.m.**

Defense requests this stipulation because it needs more time which in turn necessitates additional time so that Probation may respond to informals and incorporate new medical information into its report.

///
///
///
///

Respectfully submitted,

|  |  |
|---|---|
| | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: April 3, 2018 | /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: April 3, 2018 | /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>GARY LEE PASSMORE |

**O R D E R**

IT IS SO ORDERED.

Dated: **April 4, 2018**          **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES CHIEF DISTRICT JUDGE